No. 467. Texas Electric Service Co. *v.* Seymour et al. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Mark McMahon, C. L. Black,* and *Joe A. Worsham* for petitioner. *Mr. Allen Wight* for respondents.

No. 468. Livingston, Trustee, *v.* Mortgage Loan Co. et al. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Foster H. Brown* for petitioner. *Mr. Paul Bakewell, Jr.,* for respondents.

No. 469. Cleveland, C., C. & St. L. Ry. Co. *v.* Taylor. November 6, 1933. Petition for writ of certiorari to the Supreme Court of Missouri denied. *Messrs. S. W. Baxter* and *H. N. Quigley* for petitioner. *Mr. Elliott W. Major* for respondent.

No. 470. Cunningham et al. *v.* Pacific Mutual Life Ins. Co. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Martin Sack* for petitioners. *Messrs. J. L. Doggett* and *C. Cook Howell* for respondent.

No. 471. Hall *v.* Cronkleton, Receiver. November 6, 1933. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Maxwell V. Beghtol* for petitioner. *Mr. P. E. Boslaugh* for respondent.